CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 22 2007
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JUAN PABLO ALVARADO-ACOSTA, | Case No. 7:05CV00767 |
| Petitioner, | |
| | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | By: Jackson L. Kiser |
| | Senior United States District Judge |
| Respondent. | |

Before me now are the Petitioner's Objections to the Magistrate Judge's Report and Recommendation. In accordance with the accompanying Memorandum Opinion, I **OVERRULE** the Petitioner's objections and **ADOPT** the recommended disposition in the Magistrate Judge's Report and Recommendation. Consequently, I will **GRANT** the Respondent's Motion to Dismiss.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 22nd day of February, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge